AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Mississippi

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAR 31 2009
J.T. NOBLIN, CLERK
BY_____ DEPUTY

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Reginald F. Warden ) | Case No: 3:95cr60-003 |
| ) | USM No: 04148-043 |
| Date of Previous Judgment: 08/12/1996 ) | George Lucas, 200 Lamar, Ste. 100N, Jackson, MS 39201 |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

## Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __360 Months__ months **is reduced to** __324 Months__.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
Previous Offense Level: __40__                Amended Offense Level: __38__
Criminal History Category: __IV__            Criminal History Category: __IV__
Previous Guideline Range: __360__ to ____ months    Amended Guideline Range: __324__ to __405__ months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated __08/12/1996__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: __03/25/2009__

Effective Date: __03/25/2009__
(if different from order date)

Judge's signature

William H. Barbour, Jr., Senior U.S. District Judge
Printed name and title